# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THERMA WASHINGTON,

     Plaintiff,

v.                                         Case No. 13-12563

MARY JANE M. ELLIOT, P.C.,

     Defendant.

                                          /

## ORDER OF DISMISSAL

The parties reached an amicable resolution to this matter and settled the case. In accordance with their agreement,

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights. Either party may reopen this case by **August 30, 2013**, by filing a "Notice of Reopening." Further, the parties may also submit their own substitute stipulated order of dismissal or judgment by **August 30, 2013**.

After **August 30, 2013**, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

                                 s/Robert H. Cleland
                                 ROBERT H. CLELAND
                                 UNITED STATES DISTRICT JUDGE

Dated: July 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 31, 2013, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522